## CENTURY REALTY COMPANY, Appellant, v. TRAVELERS INSURANCE COMPANY, Respondent.

St. Louis Court of Appeals. Argued and Submitted November 5, 1913. Opinion Filed December 2, 1913.

Century Realty Company v. Frankfort Marine, Accident and Plate Glass Insurance Company, *ante,* followed.

Appeal from St. Louis City Circuit Court.—*Hon.
Eugene McQuillin,* Judge.

AFFIRMED.

*Dawson & Garvin* and *Leonard Wilcox* for appel-
lant.

*Watts, Gentry & Lee* for respondent.

REYNOLDS, P. J.—The proposition involved in
this case and its determination, rests upon the same
facts and principles as those involved in Century
Realty Co. v. Frankfort, etc., Insurance Company,
*ante,* p. 123. For the reasons stated in the opinion in
that case, the judgment of the circuit court is affirmed.
*Nortoni* and *Allen, JJ.,* concur.